JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER FELDMAN, dba ALIGA ONLINE,<br><br>           Plaintiff,<br><br>           vs.<br><br>DISCOVER BANK, a Delaware corporation; E*TRADE SECURITIES LLC, a Delaware corporation; MORGAN STANLEY PRIVATE BANK, NATIONAL ASSOCIATION, an entity of unknown form; and DOES 3-10, inclusive,<br><br>           Defendants. | Case No.: CV 21-1670-DMG (RAOx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE [37]** |

-2-

The parties' stipulation for dismissal of action is APPROVED. The above-captioned action is hereby dismissed with prejudice, in its entirety. The parties shall bear their own attorney's fees and costs.

IT IS SO ORDERED.

DATED: September 16, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE